**AFTG–TG, LLC and Phillip M. Adams & Associates, LLC, Plaintiffs–Appellants,**

v.

**FEATURE INTEGRATION TECHNOLOGY, INC., Via Technologies, Inc. Via Technologies, Inc. (USA), Via Technologies CPU, Inc., Centaur Technology, Defendants,**

and

**Silicon Integrated Systems Corporation and Silicon Integrated Systems Corporation (USA), Defendants–Appellees,**

and

**Standard Microsystems Corporation, Defendant–Appellee.**

No. 2011–1322.

United States Court of Appeals, Federal Circuit.

May 17, 2011.

**ON MOTION**

**ORDER**

Upon consideration of the appellants' motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.